IN THE CIRCUIT COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR ORANGE
COUNTY, FLORIDA

CASE NO.:

REBECCA ERLER,

    Plaintiff,

vs.

GEICO GENERAL
INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT

Plaintiff, REBECCA ERLER, by and through her undersigned attorney, hereby sue the Defendant, GEICO GENERAL INSURANCE COMPANY, and, as grounds therefore, allege as follows:

### JURISDICTIONAL STATEMENT AND IDENTIFICATION OF PARTIES

1. This is an action for damages which exceed Fifteen Thousand Dollars ($15,000.00).

2. At all times material hereto, Plaintiff, REBECCA ERLER, was a resident of Orlando, Orange County, Florida.

3. At all times material hereto, the Plaintiff purchased a policy of insurance with the Defendant in Orange County, Florida.

4. At all times material hereto, Defendant, GEICO GENERAL INSURANCE COMPANY, was authorized, licensed and actually conducting business in Orange County, Florida, maintained one or more agents or employees in Orange County, Florida, and at all times material hereto, provided uninsured/under-insured motorist coverage to Plaintiff, REBECCA ERLER, herein.

5. On or about August 21, 2015, Thomas Sennett (hereinafter referred to as "negligent underinsured driver" owned and operated a motor vehicle in Orlando, Orange County, Florida.

6. On or about August 21, 2015, Plaintiff, REBECCA ERLER, was lawfully operating her own vehicle on Universal Blvd in Orlando, Orange County, Florida.

## COUNT 1: UNINSURED MOTORIST BENEFITS

Plaintiffs re-allege and incorporates herein by reference Paragraphs 1 through 6 above, and further alleges:

7. On or about August 21, 2015, the negligent under-insured driver, while operating his aforementioned vehicle, did so carelessly and negligently operate, maintain and control the motor vehicle so as to cause a collision with the vehicle that Plaintiff, REBECCA ERLER, was driving.

8. As a direct and proximate result of the negligence of the negligent under-insured driver, Plaintiff, REBECCA ERLER, was hurt in and about her extremities, experienced pain and suffering, incurred medical expenses for the treatment of bodily injuries, suffered physical handicap, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. Plaintiff's injuries are permanent, within a reasonable degree of medical probability, and said Plaintiff will continue to suffer the losses in the future.

9. Defendant, GEICO GENERAL INSURANCE COMPANY (hereinafter "defendant"), issued in exchange for valuable consideration a policy of automobile insurance to Plaintiff, which provided, inter alia, uninsured motorist benefits. A copy of the Policy's declaration page as provided by Defendant is attached hereto as Exhibit "A".

10. The Policy was in full force and effect at the time of the crash described above.

11. Defendant was notified of Plaintiff's loss and is obligated to pay uninsured motorist

benefits to Plaintiff under the Policy.

12. Defendant has unjustifiably refused to honor its contractual obligations by denying coverage under the Policy and failing to pay the uninsured motorist benefits owed to Plaintiff.

13. Due to Defendant's refusal to pay uninsured motorist benefits in accordance with the terms of the Policy and Florida law, Plaintiffs had to retain the services of the undersigned attorneys and contracted with them to represent their interests in connection with the Policy and this lawsuit, including the determination of coverage, liability and damages under the Policy. By operation of law, including Florida Statute 627.428, Defendant will be obligated to pay those fees upon the successful conclusion of the Plaintiffs' claim.

14. Plaintiff has complied with all the terms of the conditions precedent to entitlement to uninsured motorist benefits under the Policy.

WHEREFORE, Plaintiff, REBECCA ERLER, demands judgment against Defendant for the full amount of the uninsured motorist benefits under the Policy plus the costs of this action, attorneys' fees and pre-judgment interest to the extent allowed by law, and further demands a trial by jury on all issues so triable.

DATED this _13_ day of _February_, 2017 in, Orange County, Florida.

_____
GARY J. BOYNTON, ESQUIRE
Florida Bar No.: 266671
Gary J. Boynton, Attorney at Law
1150 Louisiana Ave, Ste 1
Winter Park, FL 32789
P: 407-422-8011 / F: 407-339-4279
Attorney for Plaintiffs, ERLER



**GEICO.** Tel: 1-800-841-3000
geico.com

GEICO GENERAL INSURANCE COMPANY
One GEICO Center
Macon, GA 31295-0001

Date Issued: July 24, 2013

ROBERT C ERLER AND REBECCA A
ERLER
5500 DONNELLY CIR
ORLANDO FL 32821-7658

Email Address: berler4@aol.com

# Declarations Page
This is a description of your coverage.
Please retain for your records.

**Policy Number: 4173-83-98-14**
**Coverage Period:**
08-27-13 through 02-27-14
12:01 a.m. local time at the address of the named insured.

| Named Insured | Additional Drivers |
|---|---|
| Robert C Erler | None |
| Rebecca A Erler | |

| Vehicles | | VIN | Vehicle Location | Finance Company/Lienholder |
|---|---|---|---|---|
| 1 2007 Dodge | Ram | 1D7HA18287J605129 | Orlando FL 32821 | Regions Bank |
| 2 2004 Toyota | Camry | 4T1BF32K94U078312 | Orlando FL 32821 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 |
|---|---|---|---|
| Bodily Injury Liability | | | |
| Each Person/Each Occurrence | $300,000/$500,000 | $102.30 | $170.80 |
| Property Damage Liability | $100,000 | $37.10 | $52.80 |
| Personal Injury Protection | Non-Ded/Insd&Rel | $46.50 | $84.20 |
| Uninsured Motorist/Nonstacked | | | |
| Each Person/Each Occurrence | $300,000/$500,000 | $83.50 | $83.50 |
| Comprehensive | $500 Ded | $38.90 | $20.40 |
| Collision | $500 Ded | $60.00 | $60.30 |
| Emergency Road Service | Full | $4.20 | $5.20 |
| Rental Reimbursement | $30 Per Day $900 Max | $5.80 | $5.80 |
| **Six Month Premium Per Vehicle** | | **$378.30** | **$483.00** |
| **Total Six Month Premium** | | | **$861.30** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.



PLAINTIFF'S EXHIBIT